6747 Engle Road
Middleburg Heights, OH 44130

U.S. Customs and
Border Protection

FEB 11 2011

Telephone No. (440) 891-3807

Port of Cleveland Case No.
2011-4103-300007

Mona Lowry
Sanhua International
8400 Industrial Parkway
Plain City, OH 43064

Dear Ms. Lowry:

This is with reference to your prepenalty respons dated December 29, 2010; regarding the proposed penalty issued against Sanhua International, under the above case number.

After review and consideration of your written response and all the facts pertinent to this case, the determination has been made that penalty action is warranted. Your prepenalty response references the violation against the entry summary for Title 19, Code of Federal Regulations, Section 62. Entry summary filed timely, estimated duties and fees paid late. This is an entirely different violation referencing Title 19, United States Code, Section 1592. The entry summary did not reflect the correct anti-dumping case number.

Therefore, the penalty in this case is issued in the amount of $104,137.04, as reflected on the enclosed Customs Form 5955A, and the accompanying Exhibit A. You have the right to make a written and an oral presentation in response to this notice. Your petition must be received within 60 days from the date of this notice. Your request for an oral presentation must be included in your petition. Questions regarding this matter may be referred to Paralegal Specialist Yvonne M. Jefferson at the above number.

Sincerely,

Tessie Douglass
FP&F Officer

Enclosures

DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS AND BORDER PROTECTION

NOTICE OF PENALTY OR
LIQUIDATED DAMAGES INCURRED
AND DEMAND FOR PAYMENT

19 USC 1618, 19 USC 1623

CASE NUMBER F01
2011410330000701

PORT CODE AND NAME
4103 COLUMBUS, OH

INVESTIGATION FILE NO.
ID: 30010204900

SANHUA INT'L
8400 INDUSTRIAL PARKWAY
PLAIN CITY OH 43064

DEMAND IS HEREBY MADE FOR PAYMENT OF $104,137.04, REPRESENTING PENALTIES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
THERE ARE NO CHANGES IN THE INFORMATION CONCERNING THE VIOLATION WHICH WAS SET FORTH IN THE PREPENALTY NOTICE AND STATMENT ISSUED ON 12/20/2010. THE FACTS ARE REFLECTED ON THE ATTACHED EXHIBIT A WHICH IS MADE A PART HEREOF. IF YOU FILE A PETITION FOR RELIEF FROM THE PENALTY AS DESCRIBED, YOU ALSO HAVE THE RITH TO MAKE AN ORAL PRESENTATION OF ANY REASONS FOR REMISSION OR MITIGATION OF THE PENALTY. YOUR REQUEST TO MAKE AN ORAL PRESENTATION MUST BE INCLUDED IN THE PETITION.

COMMERCIAL FRAUD 1592

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19USC1592 | BOND TYPE:<br>BOND#: |

| DESCRIPTION OF BOND: | FORM NUMBER: | AMOUNT: | DATE: |
|---|---|---|---|
| | | | |

NAME AND ADDRESS OF PRINCIPAL ON BOND

NAME AND ADDRESS OF SURETY ON BOND | SURETY NO.

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT TO THE ABOVE ACTION. YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE PENALIZED FOR THE CITED VIOLATION. WRITE THE PETITION AS A LETTER OR IN LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT: U.S. CBP / ATTN:FP &FO, 6747 ENGLE ROAD, MIDDLEBURG HEIGH, OH 44130

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|
| TESSIE DOUGLASS<br>BY | FP&F OFFICER (440)891-3807 | 02/11/2011 |

**PENALTY STATEMENT**
**Exhibit A**

**Customs District:** Cleveland
**Case Number: 2011-4103-300007**

1) **Description of Merchandise:**
Frontseating service valves for use in HVAC applications

2) **Details of entry or introduction:**
Sanhua International Inc. failed to pay applicable antidumping duties on entry 361-16095351.

3) **Laws and Regulations Violated:**
Title 19 USC, Sections 1592, 1484 and 1485

4) **Facts Establishing the Violation:**
Sanhua International Inc. entered or introduced, or caused the entry or introduction of frontseating service valves as shown above, by means of material false statement, act or omission. This entry was filed as a type 01 consumption entry, and did not reflect the correct antidumping case with the appropriate duties paid. The subject frontseating service valves are required to be assessed with a 28.44% ad-valorem antidumping deposit rate under the manufacturer specific case A570-933-002.

5) **Tentative Determination of Culpability:**
Sanhua International Inc failed to file the entry mentioned above with the applicable antidumping deposit despite sufficient information and knowledge. These actions were committed with actual knowledge of or a wanton disregard for the relevant facts and with indifference or disregard for their obligations, which are collectively defined as acts of gross negligence.

6) **Loss of Revenue:**
The potential loss of revenue is $26,034.26.

7) **Amount of Monetary Penalty:**
The proposed penalty is $104,137.04, which is based on four times the loss of revenue.

Sanhua International Inc
IR# 30-010204900

Penalty Appraisal Worksheet

Exhibit B

| Entry Number | Entry Date | Line | Entered & Correct Classification | Entered & Correct Duty Rate | Entered Value | Appraised Value | Correct ADD Case | Correct AD Duty Rate | PLOR (ADD) |
|---|---|---|---|---|---|---|---|---|---|
| 361-16095351 | 11/11/2009 | 4 | 8481.80.1095 | 4.00% | $91,579 | $91,541 | A570-933-002 | 28.44% | $26,034.26 |

Pymt 11/27/09



12/20/2010

Prepared by: Salvatore Piazza

6747 Engle Road
Middleburg Heights, OH 44130

U.S. Customs and
Border Protection

December 2, 2013

Telephone No. (440) 891-3807

Port of Cleveland Case No.
2011-4103-300007

Mona Lowry
Sanhua International
8400 Industrial Parkway
Plain City, OH 43064

Dear Ms. Lowry:

This is with reference to your petition, dated March 17, 2011; regarding the penalty issued against Sanhua International, under the above case number.

Your petition was referred to the Office of Regulations and Rulings, in Washington, D.C. for review. According a decision has been reached that the penalty notice dated February 11, 2011, was deficient. Therefore, an amended penalty in this case is issued in the amount of $104,137.04, as reflected on the enclosed amended Customs Form 5955A, and the accompanying amended Exhibit A. A copy of this decision is enclosed for your information.

You have the right to make a written and an oral presentation in response to this notice. Your petition must be received within 60 days from the date of this notice. Your request for an oral presentation must be included in your petition. Questions regarding this matter may be referred to Supervisory Paralega[illegible]st Yvonne M. Jefferson at the above [illegible]

Kim,
Please scan to
Albena!
See email
Thanks! Yvonne
1/2/14

Enclosures

**AMENDED PENALTY STATEMENT**
**Exhibit A**

**Customs District:** Cleveland
**Case Number: 2011-4103-300007**

1) **Description of Merchandise:**
Frontseating service valves for use in HVAC applications

2) **Details of entry or introduction:**
Sanhua International Inc. failed to pay applicable antidumping duties on entry 361-16095351.

3) **Laws and Regulations Violated:**
Title 19 USC, Sections 1592, 1484 and 1485

4) **Facts Establishing the Violation:**
Sanhua International Inc. entered or introduced, or caused the entry or introduction of frontseating service valves as shown above, by means of material false statement, act or omission. This entry was filed as a type 01 consumption entry, and did not reflect the correct antidumping case with the appropriate duties paid. The subject frontseating service valves are required to be assessed with a 28.44% ad-valorem antidumping deposit rate under the manufacturer specific case A570-933-002.

5) **Tentative Determination of Culpability:**
Sanhua International Inc failed to file the entry mentioned above with the applicable antidumping deposit despite sufficient information and knowledge. These actions were committed with actual knowledge of or a wanton disregard for the relevant facts and with indifference or disregard for their obligations, which are collectively defined as acts of gross negligence. Inasmuch as the Government may plead in the alternative in any de novo proceeding before the Court of International Trade, CBP alternatively alleges that the violation in question occurred as a result of negligence.

6) **Loss of Revenue:**
The potential loss of revenue is $26,034.26.

7) **Amount of Monetary Penalty:**
The penalty amount is $104,137.04, which is based on four times the loss of revenue.

Sanhua International Inc
IR# 30-010204900

Penalty Appraisal Worksheet

Exhibit B

| Entry Number | Entry Date | Line | Entered & Correct Classification | Entered & Correct Duty Rate | Entered Value | Appraised Value | Correct ADD Case | Correct AD Duty Rate | PLOR (ADD) |
|---|---|---|---|---|---|---|---|---|---|
| 361-16095351 | 11/11/2009 | 4 | 8481.80.1095 | 4.00% | $91,579 | $91,541 | A570-933-002 | 28.44% | $26,034.26 |

Pymt 11/27/09



12/20/2010

Prepared by: Salvatore Piazza

| | |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>U.S. CUSTOMS AND BORDER PROTECTION<br><br>NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br>19 USC 1618, 19 USC 1623 | CASE NUMBER F01<br>2011410330000701<br><br>PORT CODE AND NAME<br>4103 COLUMBUS, OH<br><br>INVESTIGATION FILE NO.<br>ID: 30010204900 |
| SANHUA INT'L<br>8400 INDUSTRIAL PARKWAY<br>PLAIN CITY OH 43064 | |

DEMAND IS HEREBY MADE FOR PAYMENT OF $104,137.04, REPRESENTING PENALTIES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
THERE ARE NO CHANGES IN THE INFORMATION CONCERNING THE VIOLATION WHICH WAS SET FORTH IN THE PREPENALTY NOTICE AND STATMENT ISSUED ON 12/20/2010. THE FACTS ARE REFLECTED ON THE ATTACHED EXHIBIT A WHICH IS MADE A PART HEREOF. IF YOU FILE A PETITION FOR RELIEF FROM THE PENALTY AS DESCRIBED, YOU ALSO HAVE THE RITH TO MAKE AN ORAL PRESENTATION OF ANY REASONS FOR REMISSION OR MITIGATION OF THE PENALTY. YOUR REQUEST TO MAKE AN ORAL PRESENTATION MUST BE INCLUDED IN THE PETITION.
COMMERCIAL FRAUD 1592

| LAW OR REGULATION VIOLATED | | BOND BREACHED | |
|---|---|---|---|
| 19USC1592 | | BOND TYPE:<br><br>BOND#: | |
| DESCRIPTION OF BOND: | FORM NUMBER: | AMOUNT: | DATE: |
| NAME AND ADDRESS OF PRINCIPAL ON BOND | | | |
| NAME AND ADDRESS OF SURETY ON BOND | | | SURETY NO. |

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT TO THE ABOVE ACTION. YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE PENALIZED FOR THE CITED VIOLATION. WRITE THE PETITION AS A LETTER OR IN LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT: U.S. CBP FP0 OFFIC E, 6747 ENGLE ROAD, MIDDLEBURG HEIGH, OH 44130

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL BE TAKEN IN CONNECTION WITH BOND OR MATTER WILL BE REFERRED TO US ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION: 60 DAYS FROM DATE OF THIS NOTICE.

| SIGNATURE: | TITLE | DATE |
|---|---|---|
| TESSIE DOUGLASS<br>BY | FP&F OFFICER (440)891-3807 | 12/02/2013 |

301 E. Ocean Blvd
Long Beach, CA 90802

U.S. Customs and
Border Protection

2013-2704-300121
mk

JUL 01 2013

David A. Riggle
Riggle & Craven
5515 N. Cumberland Ave, #803
Chicago, IL 60656

Re: Sanhua International and/or Sanhua International dba Dublin Distribution Company

Dear Mr. Riggle,

On March 07, 2013, a Notice of Proposed Penalty was issued to Sanhua International dba Dublin Distribution Company. The amount of the proposed penalty was $763,595.54 and was assessed pursuant to Title 19, United States Code, Section 1592. On May 03, 2013, you responded to that notice arguing the facts as stated in the notice with respect to Sanhua International dba Dublin Distribution Company. You referred to your client as Sanhua International and Sanhua.

Your prepenalty response has been considered and it is the determination of this office that the violation did occur; accordingly, enclosed is a Notice of Penalty for the assessed amount. A period of 60 days will be allowed for any response to the Notice of Penalty.

In addition, the statute of limitations waiver that your client provided will expire on December 11, 2014. To continue to address this matter administratively, a two year extension of the statute of limitations, effective upon the expiration of the current waiver is required. The waiver must be received within 30 days from the date of this letter.

Please direct all inquiries to the attention of <u>Marcia A. Kass</u>, Paralegal Specialist, Fines, Penalties and Forfeitures, at the address shown or call (562) 366-5541.

Sincerely,

for Robert P. Thierry
Director, Fines, Penalties
and Forfeitures

Enclosures
5955a
Exhibit A
Entry Spreadsheet

**U.S. CUSTOMS AND BORDER ROTECTION**
**Department of Homeland Security**

**NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURREDAND DEMAND FOR PAYMENT**

19 C.F.R. 18.6, 172.31

| | |
|---|---|
| **Case Number** | 2013-2704-300121 |
| **Port Name and Code** | Los Angeles 2704 |
| **Investigation File No.** | mk |

TO: Sanhua International and/or Sanhua International dba Dublin Distribution Company
C/o Riggle & Craven
5515 N. Cumberland Ave, #803
Chicago, IL 60656

I.R.S. Number: 30-010204900

DEMAND IS HEREBY MADE FOR PAYMENT OF $763.565.54, representing penalties assessed against you for violation of law or regulation, as set forth below:

As per the enclosed Exhibit A, attached hereto and incorporated herein by reference.

"The Small Business and Regulatory Enforcement Ombudsman and 10 Regional Fairness Boards were established to receive comments from small businesses about federal agency enforcement activities and rate each agency's responsiveness to small business. If you wish to comment on the enforcement actions of Customs and Border Protection call 1-888-REG-FAIR (888-734-3247)."

"Please note: The National Ombudsman/RegFair Board process has no effect on your rights or obligations under the procedures of the agency on which you are commenting. You must still comply with all of that agency's processes and procedures."

| LAW OR REGULATION VIOLATED | | BOND BREACHED | |
|---|---|---|---|
| 19 USC 1592 | | | |
| DESCRIPTION OF BOND | FORM NUMBER | AMOUNT $ | DATE |
| NAME AND ADDRESS OF PRINCIPAL ON BOND | | | |
| NAME AND ADDRESS OF SURETY ON BOND | | SURETY IDENTIFICATION | |

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in duplicate, addressed and forward to the Director, FP&F, Customs and Border Protection, 301 E. Ocean Blvd., Long Beach, CA 90802 ATTN: Marcia A. Kass

| | |
|---|---|
| Unless the amount herein demanded is paid or a petition for relief is filed with the Port Director of Customs and Border Protection within the indicated time limit, further action will be taken in connection with your bond or the matter will be referred to the United States Attorney. | **TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF** 60 Days from the date of this Notice |

| Signature | Title | Date |
|---|---|---|
| Robert P. Thierry [signature] | Director, Fines, Penalties & Forfeitures | JUL 01 2013 |

CBP Form 5955A (012386)

# Exhibit A

## PENALTY STATEMENT

CBP PORT: Los Angeles FP&F CASE NUMBER: 2013-2704-300121

1. DESCRIPTION OF MERCHANDISE:

Front-Seating Service Valves (FSV)

2. DETAILS OF (ATTEMPTED) ENTRY OR (ATTEMPTED) INTRODUCTION:

| DATE OF ENTRY | PORT OF ENTRY | ENTRY NUMBER |
|---|---|---|
| 11/01/08-04/20/09 | 2704 and 3002 | See Attached |

3. LAWS AND REGULATIONS VIOLATED:

19 USC 1592

4. FACTS ESTABLISHING THE VIOLATION:

On April 15, 2008, the Department of Commerce (DOC) initiated an investigation (DOC Anti-Dumping (ADD) case number A-570-933) into San Hua International dba Dublin Distribution Co (Sanhua) and its related manufacturer Zheijang Sanhua Co for an assessment of antidumping duties owed on Front-Seating Service Valves (FSV) sourced from Zheijang Sanhua CO. Ltd. Zheijang Sanhua CO. is the subject manufacturer associated with ADD case number A-570-933. A Preliminary Determination of anti-dumping duties was issued by DOC on October 22, 2008 which required a 15.41% Anti-Dumping assessment on all entries of FSV imported by Sanhua from Zheijang Sanhua CO. On March 13, 2009, DOC issued a Final Determination Margin of 28.44% Anti-Dumping assessment on all entries of FSV imported by Sanhua from Zheijang Sanhua CO.

Despite the knowledge of the anti-dumping investigation and preliminary determination, between November 01, 2008 and April 20, 2009 Sanhua imported nineteen entries of FSV as a type 01, consumption entry, using a Remote Location Filing in an attempt to evade presentation of an anti-dumping entry/entry summary. The type 01, consumption entries invoiced the FSV as "parts of air conditioners," did not declare, or pay (with a bond or cash payment) the anti-dumping assessment or include the anti-dumping case number on the entry/entry summary.

These false statements and omissions are material in that it affected the ability of CBP to determine the admissibility of the items, including any anti-dumping assessments and initially resulted in a potential loss of revenue in the amount of $550,174.05. However, the final liquidation order for ADD case number A-570-933 required the assessment of 6.52% anti-dumping liability which resulted in a potential loss of revenue in the amount of $190,899.

5. TENTATIVE DET[illegible]MINATION OF CULPABILITY:

This violation is determined to be the result of gross negligence in that you acted with actual knowledge of or wanton disregard for the relevant facts and indifference or disregard for your obligations under Customs laws.

In the alternative, this violation is determined to be the result of negligence in that you failed to exercise due care in ascertaining or recording the truth of the facts or in ascertaining your obligations under Customs laws.

6. LOSS OF REVENUE (if applicable): $190,899 Potential LOR

7. Amount of Monetary Penalty: $763,595.54. which represents four times the potential loss of revenue, or in the alternative $381,797.77, which represents two times the potential loss of revenue.

| ENTRY DATE | ENTRY NUMBER | CO | PORT | CONSIGNEE | MID | HTS | ADD CASE | ADD RATE | LINE VALUE | LINE DUTY | TENDERED AMT | LIQ ADD RATE | LIQ DUTY PLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/1/2008 | EMP02051977 | CN | 3002 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 15.41% | $ 160,158.00 | $ 6,406.32 | $ 24,680.35 | 6.52% | $ 10,442.30 |
| 11/17/2008 | BLJ07250997 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 15.41% | $ 150,681.00 | $ 6,027.24 | $ 23,219.94 | 6.52% | $ 9,824.40 |
| 12/1/2008 | BLJ07253272 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 15.41% | $ 154,935.00 | $ 6,197.40 | $ 23,875.48 | 6.52% | $ 10,101.76 |
| 12/13/2008 | EMP02051993 | CN | 3002 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 15.41% | $ 151,203.00 | $ 6,048.12 | $ 23,300.38 | 6.52% | $ 9,858.44 |
| 12/21/2008 | BLJ07255731 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 15.41% | $ 11,157.00 | $ 446.28 | $ 1,719.29 | 6.52% | $ 727.44 |
| 12/28/2008 | BLJ07256994 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 15.41% | $ 141,641.00 | $ 5,673.64 | $ 21,857.70 | 6.52% | $ 9,248.03 |
| 1/5/2009 | BLJ07258073 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 15.41% | $ 62,696.00 | $ 2,507.84 | $ 9,661.45 | 6.52% | $ 4,087.78 |
| 1/12/2009 | BLJ07258867 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 15.41% | $ 173,364.00 | $ 6,934.56 | $ 26,715.39 | 6.52% | $ 11,303.33 |
| 1/27/2009 | BLJ07261069 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 15.41% | $ 202,316.00 | $ 8,092.64 | $ 31,176.90 | 6.52% | $ 13,191.00 |
| 2/3/2009 | BLJ07261879 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 15.41% | $ 180,606.00 | $ 7,224.24 | $ 27,831.38 | 6.52% | $ 11,775.51 |
| 2/9/2009 | BLJ07263644 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 15.41% | $ 282,222.00 | $ 11,288.88 | $ 43,490.41 | 6.52% | $ 18,400.87 |
| 3/2/2009 | BLJ07265276 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 15.41% | $ 186,261.00 | $ 7,450.44 | $ 28,702.82 | 6.52% | $ 12,144.22 |
| 3/9/2009 | BLJ07266613 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 15.41% | $ 310,786.00 | $ 12,431.00 | $ 47,892.12 | 6.52% | $ 20,263.25 |
| 3/16/2009 | BLJ07267108 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 28.44% | $ 173,377.00 | $ 6,935.08 | $ 49,308.42 | 6.52% | $ 11,304.18 |
| 3/23/2009 | BLJ07268205 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 28.44% | $ 100,973.00 | $ 4,038.92 | $ 28,716.72 | 6.52% | $ 6,583.44 |
| 3/31/2009 | BLJ07269757 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 28.44% | $ 184,069.00 | $ 7,363.00 | $ 52,349.22 | 6.52% | $ 12,001.30 |
| 4/7/2009 | BLJ07270961 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 28.44% | $ 76,973.00 | $ 3,078.92 | $ 21,891.12 | 6.52% | $ 5,018.64 |
| 4/13/2009 | BLJ07272330 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 28.44% | $ 163,778.00 | $ 6,551.12 | $ 46,578.46 | 6.52% | $ 10,678.33 |
| 4/20/2009 | BLJ07273890 | CN | 2704 | San Hua Int'l | ZHEJIANG SANHUA GROUP CORP | 8481.80.1095 | A570933002 | 28.44% | $ 60,501.00 | $ 2,420.04 | $ 17,206.48 | 6.52% | $ 3,944.67 |
| | | | | | | | | | $ 2,927,897.00 | $117,115.68 | $ 550,174.03 | | $190,898.88 |
| | | | | | | | | | | PENALTY ASSESSMENT 4 TIMES PLOR | | | $763,595.54 |
| | | | | | | | | | | PENALTY ASSESSMENT 2 TIMES PLOR | | | $381,797.77 |